IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM WALKER | : | CIVIL ACTION |
| SHEILA WALKER | : | |
| | : | |
| v. | : | |
| | : | |
| PHELAN HALLINAN DIAMOND & | : | NO. 17-3633 |
| JONES, LLP | : | |

FILED
SEP 01 2017
KATE BARKMAN, Clerk
By_____Dep. Clerk

**ORDER**

AND NOW, this 31st day of August, 2017, upon consideration of plaintiffs' motions to proceed *in forma pauperis* (ECF No. 1) and their complaint, it is ORDERED that:

1. Plaintiffs' motions to proceed *in forma pauperis* are GRANTED.

2. The complaint is DISMISSED for the reasons discussed in the Court's memorandum.

3. The Clerk of Court shall CLOSE this case.

BY THE COURT:

CYNTHIA M. RUFE, J.